UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALCON, | No. C 14-1927 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| DR. ANISE ADAMS; et al., | |
| Defendants. | |

Defendant Darrin Bright has filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Harry Gower, the court GRANTS the request. (Docket # 18.) The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion no later than **May 1, 2015**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **May 29, 2015**. Defendant must file and serve his reply brief (if any) no later than **June 12, 2015**.

IT IS SO ORDERED.

Dated: February 27, 2015

_____
SUSAN ILLSTON
United States District Judge