UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALCON,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. ANISE ADAMS; et al.,<br><br>    Defendants.<br>_____/ | No. C 14-1927 SI (pr)<br><br>**SCHEDULING ORDER** |

Plaintiff has filed a "motion requesting quash of subpoena." Docket # 23. Defendants must file and serve a response to that motion no later than **March 23, 2015**. Defendants are requested to submit a copy of the subpoena with their response. Plaintiff must file and serve on defense counsel his reply in support of his motion no later than **April 6, 2015**.

Plaintiff is reminded that he must mail to defense counsel a copy of any document he files. *See* Docket # 12 (January 9, 2015 order) at 7. When plaintiff files a document, he must attach a proof of service showing that a copy of the document has been mailed to defense counsel. Failure to do so may result in the court disregarding the filing.

IT IS SO ORDERED.

Dated: March 12, 2015

_____
SUSAN ILLSTON
United States District Judge