UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW ALCON,

    Plaintiff,

v.

DARRIN BRIGHT, D.O.,

    Defendant.

Case No. C14-01927 SI (pr)

**JUDGMENT**

Judgment is now entered in favor of defendant and against plaintiff on all claims.

**IT IS SO ORDERED**.

Dated: March 1, 2016

_____
SUSAN ILLSTON
United States District Judge